DAYLE ELIESON
United States Attorney
JAMES E. KELLER (NVBN 10636)
Assistant United States Attorney
United States Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
James.Keller3@usdoj.gov
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

3:18-cr-00056-MMD-VPC

UNITED STATES OF AMERICA,

          Plaintiff,

v.

Jose VEGA, a/k/a Panda,

          Defendant.

No.

**INDICTMENT FOR VIOLATION OF:**

18 U.S.C. §§ 922(g)(1) and 924(a)(2) –
Possession of a Firearm by a Prohibited Person
(Count 1)

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
(Possession of a Firearm by a Prohibited Person –
18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about April 30, 2018, in the State and District of Nevada,

Jose VEGA, a/k/a Panda,

defendant herein, did knowingly possess a firearm, that is, a SCCY Industries, Model CPX-1, 9 millimeter firearm bearing serial number 562729 that had been shipped and transported in interstate and foreign commerce, after he had been previously convicted of a crime for which a sentence greater than one year of imprisonment could be imposed, to wit: Unlawful Sale of a Controlled Substance, a violation of Nevada Revised Statutes ("NRS") 453.321, on September 17, 2013; all in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2).

1

## FORFEITURE ALLEGATION

Upon conviction of the firearms offense alleged in Count One of this Indictment, which is alleged as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c),

Jose VEGA, a/k/a Panda,

defendant herein, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g)(1):

    a. SCCY Industries, Model CPX-1, 9 millimeter firearm bearing serial number 562729; and

    b. any and all ammunition (collectively, the "property").

All pursuant to Title 18, United States Code, Section 922(g)(1); Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c).

DATED this 27th day of June 2018.

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

DAYLE ELIESON
United States Attorney

JAMES E. KELLER
Assistant United States Attorney

2